# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE PENA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAMESTOP, INC.,<br><br>Defendant. | Case No.: 22-CV-1635 JLS (KSC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO APRIL 27, 2023 ORDER**<br><br>(ECF No. 19) |

On April 27, 2023, the Court granted Defendant Gamestop, Inc.'s Motion to Stay, Dismiss, or Transfer or in the Alternative Dismiss. *See generally* ECF No. 19 ("Order"). The Order explicitly stated: "***If Plaintiff fails to amend within the time provided*** [i.e., on or before May 30, 2023]***, the Court will enter a final Order dismissing this civil action.***" *Id.* at 11 (emphasis in original) (citation omitted). Plaintiff Vicente Pena has not amended his Complaint in compliance with the Order. *See generally* Docket. Accordingly, good cause appearing, the Court **DISMISSES WITHOUT PREJUDICE** the above-captioned action. As this concludes the litigation, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: July 12, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge